U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
AUG - 5 2026
FILED/REC'D
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA

v.

DAVID J. HILGENDORF,

Defendant.

SEALED INDICTMENT

Case No. 26 CR 82 JDP
21 U.S.C. § 841(a)(1)

---

THE GRAND JURY CHARGES:

COUNT 1

On or about October 16, 2025, in the Western District of Wisconsin, the defendant,

DAVID J. HILGENDORF,

knowingly and intentionally distributed 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

A TRUE BILL

[signature]
PRESIDING JUROR

Indictment returned: 8/5/2026

[signature] for
CHADWICK M. ELGERSMA
United States Attorney